William W. Flachsbart (*pro hac vice*)
FLACHSBART & GREENSPOON, L.L.C.
333 N. Michigan Ave., 27th Floor
Chicago, Illinois 60601
wwf@fg-law.com
(312) 431-3800 Telephone
(312) 431-3810 Facsimile

L. Kristopher Rath (5749)
HUTCHISON & STEFFEN, PLLC
Peccole ProfessionalPark
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145
krath@hutchlegal.com
(702) 385-2500 Telephone
(702) 385-2086 Facsimile

*Attorneys for Plaintiff*
*Percept Technologies, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PERCEPT TECHNOLOGIES INC., | Case No. 2:18-cv-00029-RFB-VCF |
| Plaintiff, | |
| v. | **ORDER RE: MOTION TO SUBSTITUTE LOCAL COUNSEL** |
| BEIJING 7INVENSUN TECHNOLOGY CO., LTD. | |
| Defendant. | |

This matter came before this Court on lead counsel Flachsbart & Greenspun's Motion to Substitute Local Counsel, ~~Luke Kristopher Rath~~ Cynthia Milanowski, Esq. for ~~Cynthia Milanowski~~ Kristopher Rath, Esq. The Court has reviewed the Motion and finds good cause to grant said Motion.

Defendant Beijing7Invensun Technologies has not yet appeared in this case, so there is no objection or opposition from Defendant to the substitution.

The client, Plaintiff Percept Technologies, has approved the substitution, as have all counsel for the Plaintiff.

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that Cynthia Milanowski, Esq. of Hutchison & Steffen, PLLC, shall be substituted as Plaintiff's local counsel in place instead of L. Kristopher Rath, Esq. of Hutchison & Steffen PLLC.

IT IS SO ORDERED.

DATED: March 27, 2020

_____
~~JUDGE OF THE ABOVE-ENTITLED COURT~~
Cam Ferenbach
United States Magistrate Judge