William W. Flachsbart (*pro hac vice*)
Dunlap Bennett & Ludwig
333 N. Michigan Ave., 27th floor
Chicago, IL 60601
wwf@fg-law.com
P: (312) 431-3800
F: (312) 431-3810

Cynthia G. Milanowski (5652)
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
cmilanowski@hutchlegal.com
P: (702) 385-2500
F: (702) 385-2086

*Attorneys for Plaintiff*
*Percept Technologies, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PERCEPT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEIJING 7INVENSUN TECHNOLOGY CO. LTD., <br><br> Defendant | Case No. 2:18-cv-00029-RFB-VCF <br><br> DISCOVERY PLAN AND SCHEDULING ORDER. <br><br> SPECIAL SCHEDULING REVIEW REQUESTED FOR A PATENT CASE |

Under Fed. R. Civ. P. 26(f), Local Rule 26-1, and Patent Local Rules 16.1-1 et seq., the respective parties conducted a discovery-planning conference on September 20, 2021, and hereby submit to the court the following proposed Discovery Plan and Scheduling Order:

| | |
|---|---|
| 1. Discovery Cut-Off | July 15, 2022 |
| 2. Joint Protective Order | Friday November 19, 2021 |
| 3. Disclosure of Rule 26(a) Initial Disclosures, Asserted Claims, and Infringement Contentions | Friday November 19, 2021 |
| 4. Disclosure of Non-Infringement, Invalidity, and Unenforceability Contentions | Friday December 31, 2021 |
| 5. Response to Invalidity and Unenforceability Contentions | Friday January 14, 2021 |

1

| | | |
|---|---|---|
| 1 | 6. Motion to Amend Pleadings/Parties | Friday April 29, 2022 |
| 2 | 7. Exchange of Proposed Terms of Construction | Monday January 31, 2022 |
| 3 | 8. Exchange of Preliminary Claim Construction | Friday February 18, 2022 |
| 4 | 9. Submit Joint Claim Construction and Prehearing Statement | Friday March 4, 2022 |
| 5 | 10. Opening Claim Construction Brief | Friday March 11, 2022 |
| 6 | 11. Response to Claim Construction Brief | Friday April 8, 2022 |
| 7 | 12. Reply Claim Construction Brief and Matter Submitted to court for Hearing | Friday April 22, 2022 |
| 8 | 13. Claim Construction Tutorials, Hearing, and Order from the court | On or before Friday June 17, 2022, the Court will complete its hearing, and issue its order on or before August 19, 2022. If the court is unable to issue its order before Friday August 19, 2022, the court may reset expert disclosure deadlines as requested by a party or stipulation. |
| 9 | 14. Disclosure of amended contentions under LPR 1-18a and opinion of counsel defense under LPR 1-18b | Friday September 16, 2022 |
| 10 | 15. Expert Designations | Friday October 21, 2022 |
| 11 | 16. Rebuttal Expert Designations | Friday November 18, 2022 |
| 12 | 17. Expert Discovery Cut-off | Friday December 23, 2022 |
| 13 | 18. Dispositive Motion Deadline | Friday January 20, 2023. |

DATED this 21st day of September, 2021.

*signature: W.W.*

William W. Flachsbart (*pro hac vice*)
Dunlap Bennett & Ludwig
333 N. Michigan Ave., 27th floor
Chicago, IL 60601

Cynthia G. Milanowski (5652)
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Plaintiff Percept Technologies, Inc*

*signature* NV Bar 14071 on behalf of

I. Scott Bogatz
Reid Rubinstein & Bogatz
300 South 4th Street, Suite 830
Las Vegas, NV 89101

Jason Xu (*pro hac vice*)
Rimon, P.C.
1717 K Street NW, Suite 900
Washington, DC 20006

*Attorneys for Defendant Beijing 7Invensun Technology Co. Ltd.*

2

IT IS ORDERED that within 30 days after the court enters a Claim Construction Order, the parties must submit to a Post-Claim Construction Settlement Conference as set by the court.

IT IS FURTHER ORDERED that any extension of the discovery deadline will not be allowed without a showing of good cause for the extension. All motions or stipulations to extend discovery must be received by the court at least 21 days before the expiration of the subject deadline. A request made after this date will not be granted unless the movant demonstrates that the failure to act was the result of excusable neglect. The motion or stipulation must include:

    (a)    A statement specifying the discovery completed by the parties as of the date of the motion or stipulation;
    (b)    A specific description of the discovery that remains to be completed;
    (c)    The reasons why the remaining discovery was not completed within the time limit of the existing discovery deadline; and
    (d)    A proposed schedule for the completion of all remaining discovery.

IT IS FURTHER ORDERED that, if no dispositive motions will be filed within the time specified in this order, then the parties must file a written, joint proposed pretrial order on or before Friday February 3, 2023. If dispositive motions are filed, then the parties must file a written, joint proposed pretrial order within 30 days of the date the court enters a ruling on the dispositive motions. Within 30 days of the entry of a pretrial order, or as further ordered by the court, the parties must submit to a pretrial settlement conference.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:   9-24-2021  .