William W. Flachsbart (*pro hac vice*)
DUNLAP BENNETT & LUDWIG, PLLC
333 N. Michigan Ave., 27th floor
Chicago, IL 60601
wflachsbart@dbllawyers.com
P: (312) 431-3800

Cynthia G. Milanowski (5652)
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
cmilanowski@hutchlegal.com
P: (702) 385-2500

*Attorneys for Plaintiff
Percept Technologies, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PERCEPT TECHNOLOGIES, INC., | Case No. 2:18-cv-00029-RFB-VCF |
| Plaintiff, | STIPULATION OF DISMISSAL |
| v. | |
| BEIJING 7INVENSUN TECHNOLOGY CO. LTD., | |
| Defendant | |

Plaintiff Percept Technologies, Inc. and Defendant Beijing 7Invensun Technology Co. Ltd., hereby stipulate to the dismissal of all claims which were asserted in the action as of January 8, 2018, without prejudice, pursuant to the agreement of the parties and representations made by

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

7Invensun, with each party to bear its own fees and costs.

| | |
|---|---|
| DATED this 31ˢᵗ day of January, 2022 | DATED this 31ˢᵗ day of January, 2022 |
| */s/ Cynthia G. Milanowski* | */s/ Jaxon Xu* |
| Cynthia G. Milanowski (5652)<br>HUTCHISON & STEFFEN, PLLC<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145<br>cmilanowski@hutchlegal.com<br>P: (702) 385-2500 | I. Scott Bogatz (3367)<br>Kerry E. Kleiman (14071)<br>REID RUBINSTEIN & BOGATZ<br>300 South 4th Street, Suite 830<br>Las Vegas, NV 89101<br>sbogatz@rrblf.com<br>kkleiman@rrblf.com<br>Telephone: (702) 776-7000 |
| William W. Flachsbart (*pro hac vice*)<br>DUNLAP BENNETT & LUDWIG, PLLC<br>333 N. Michigan Ave., 27ᵗʰ floor<br>Chicago, IL 60601<br>wflachsbart@dbllawyers.com<br>P: (312) 431-3800 | Jason Xu (*pro hac vice*)<br>RIMON, P.C.<br>1717 K Street NW, Suite 900<br>Washington, D.C. 20006<br>Telephone/Facsimile: (202) 470-2141<br>jason.xu@rimonlaw.com |
| *Attorneys for Plaintiff Percept Technologies Inc.* | *Attorneys for Defendant Beijing 7invensun Technology Co. Ltd.* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 31st day of January, 2022.

Respectfully submitted by:

HUTCHISON & STEFFEN, PLLC

*/s/ Cynthia G. Milanowski*

_____
Cynthia G. Milanowski (5652)
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Plaintiff Percept Technologies Inc.*

2